**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 16-** |
| | : | |
| **v.** | : | |
| | : | |
| **LEON JACKSON,** | : | |
| | : | **18 U.S.C. § 371 (Conspiracy);** |
| **Defendant.** | : | **18 U.S.C. § 1343 (Wire Fraud).** |

# INFORMATION

The United States Attorney informs the Court:

## COUNT ONE

## CONSPIRACY

At all times material to this Information:

1. From at least April 2015 and continuing thereafter through at least January 2016, in the District of Columbia and elsewhere, the defendant LEON JACKSON did unlawfully, willfully, and knowingly conspire, combine, confederate, and agree with other persons to commit an offense against the United States, that is: wire fraud, by engaging in a scheme to obtain money and property from a homeowner by means of materially false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1343.

### Manner and Means

2. It was a part of the conspiracy that the defendant LEON JACKSON agreed with others to sell real estate property in the District of Columbia pretending to be the owner of record. Specifically, the defendant LEON JACKSON and others took steps to sell a home located in the 3000 block of 13th Street, NW, Washington, D.C., without the knowledge and permission from the owner, identified here as M.T., to an unknowing legitimate purchaser

through an unsuspecting real estate title company, with the goal of taking the sales proceeds for themselves and causing a loss to the true owner, buyer, and title company.

**Overt Acts**

3. In furtherance of the conspiracy and to effect the object thereof, the defendant LEON JACKSON and other members of the conspiracy committed the following overt acts, among others, in the District of Columbia and elsewhere:

a. From at least August 2015 to January 2016, in the District of Columbia and elsewhere, the defendant LEON JACKSON and others attempted to sell a home located in the 3000 block of 13th Street, NW, Washington, D.C., without the knowledge and permission from the owner, M.T.

b. On August 6, 2015, in a telephone conversation taking place between the District of Columbia and the State of Maryland, the defendant LEON JACKSON discussed with Conspirator A the "title work" and waiting for "this buyer to do what they're gonna do."

c. On September 3, 2015, a conspirator signed a real estate contract agreeing to sell the property in the 3000 block of 13th Street, NW, Washington, DC for $400,000, forging the name of M.T.

d. On November 10, 2015, the defendant LEON JACKSON and Conspirator A discussed finding a female to pretend to be someone who held a lien on the property, so as to release the lien and allow the sale to proceed to settlement.

e. On November 18, 2015, the defendant LEON JACKSON explained to Conspirator A that "the legal department, the underwriter . . .want us to reopen the estate and then sign off on that same document that I got it done." The defendant LEON JACKSON

then directed Conspirator A to obtain a death certificate from the District of Columbia Vital Records.

**(Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, §§ 371 and 1343).**

CHANNING D. PHILLIPS

United States Attorney
for the District of Columbia

By: ______________________

VIRGINIA CHEATHAM
Assistant United States Attorney
DC Bar # 411980
Virginia.cheatham@usdoj.gov
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5836
Washington, D.C. 20530
(202) 252-7820